UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MATTHIAS FRANCOIS                                         CIVIL ACTION

VERSUS                                                    NO.   16-14646

GRETNA CITY                                               SECTION "A" (3)

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that the Motion for Appointment of Counsel and Declaration of Good Faith Efforts to Obtain Counsel [Doc. #14] is DENIED.

August 24, 2017

_____
**UNITED STATES DISTRICT JUDGE**